IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND S. PRATT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 11-1346 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **22ⁿᵈ** day of **February**, **2012**, upon consideration of Defendants Mayor Michael Nutter, Police Commissioner Charles Ramsey, Police Captain Branville Bard, and Sergeant Bisarat Worede's Motion to Dismiss; District Attorney R. Seth Williams and Assistant District Attorney Michael Pestrak's Motion to Dismiss; Plaintiff's combined response thereto; Plaintiff's Motion to File Instanter Motion to Strike City of Philadelphia Officer Sammy Brinson and Officer Justin P. Rios' Legally Insufficient Affirmative Defenses; and Plaintiff's Motion to Strike City of Philadelphia Officer Sammy Brinson and Officer Justin P. Rios' Legally Insufficient Affirmative Defenses; and for the reasons stated in this Court's Memorandum dated February 22, 2012, it is hereby **ORDERED** that:

1. Defendants Mayor Michael Nutter, Police Commissioner Charles Ramsey, Police Captain Branville Bard, and Sergeant Bisarat Worede's Motion to Dismiss (Document No. 33) is **GRANTED**.

2. District Attorney R. Seth Williams and Assistant District Attorney Michael Pestrak's Motion to Dismiss (Document No. 35) is **GRANTED**.

3. The claims against the following six Defendants are **DISMISSED with prejudice**: (1) Mayor Michael Nutter, (2) Police Commissioner Charles Ramsey, (3) Police Captain Branville Bar, (4) Sergeant Bisarat Worede, (5) District

Attorney R. Seth Williams, and (6) Assistant District Attorney Michael Pestrak.

4. Plaintiff's Motion to File Instanter Motion to Strike City of Philadelphia Officer Sammy Brinson and Officer Justin P. Rios' Legally Insufficient Affirmative Defenses (Document No. 39) is **GRANTED**.

5. Plaintiff's Motion to Strike City of Philadelphia Officer Sammy Brinson and Officer Justin P. Rios' Legally Insufficient Affirmative Defenses (Document No. 40) is **DENIED**.

BY THE COURT:

**Berle M. Schiller, J.**

2