IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND S. PRATT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 11-1346 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **23rd** day of **April**, **2013**, upon consideration of Defendants' Second Motion for Partial Summary Judgment, and for the reasons stated in this Court's Memorandum dated April 23, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 82) is **GRANTED**.

2. The federal claims for unlawful seizure, malicious prosecution, and excessive force against Police Officers Brinson and Rios remain unaffected by this Order.

3. The common law assault, battery, false arrest, and malicious prosecution claims against Police Officers Brinson and Rios remain unaffected by this Order.

BY THE COURT:

_____
**Berle M. Schiller, J.**